■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE L. RAY, Appellant. [666 NYS2d 467] —Appeal by the defendant from a judgment of the County Court, Rockland County (Berry, J.), rendered September 24, 1996, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the understanding that

he would receive the sentence which was thereafter actually imposed. Thus, he has no basis to now complain that the sentence was excessive (*see, People v Kazepis,* 101 AD2d 816). In any event, we have reviewed the sentence and find that it is not excessive. Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.